UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

IFEOMA ADAMS, ET AL.,

                    Plaintiff(s),                    Case No.  15-11868

v.                                                   Honorable  Judith E. Levy

NGK SPARK PLUG CO., LTD.,                            Magistrate Judge  Anthony P. Patti

                    Defendant(s).
_____/

## ORDER REGARDING REASSIGNMENT OF COMPANION CASE

        This case appears to be a companion case to Case No. _____122311_____. Pursuant to E.D. Mich LR 83.11, the Clerk is directed to reassign this case to the docket of the Honorable _Marianne O. Battani_____ and Magistrate Judge _____.


                              s/Judith E. Levy_____
                              Judith E. Levy
                              United States District Judge

                              s/Marianne O. Battani_____
                              Marianne O. Battani
                              United States District Judge


        Pursuant to this order, case assignment credit will be given to the appropriate Judicial Officers.
        Case type: _CIVIL_____

        If the District Judge assigned to the companion case is located at another place of holding court, the office code will be changed accordingly.


Date: _May 28, 2015_____          _s/Andrea Teets_____
                                               Deputy Clerk

cc:    Parties and/or counsel of record
       Honorable Marianne O. Battani